Honorable William M. Skretny
United States Distric Judge
C/O Timothy W. Hoover Esq.
Office of the Federal Public Defender
Western Distric of New York
300 Pearl St. Suite 450
Buffalo, NY 14202

Dear Judge Skretny,
                Hello, my name is James Comp, I own and operate Comp's Dairy Farm. We are a very large farm that milks 800 cows all three shifts. Henry Morrison applied for some work with my farm many years ago, and I hired him. That was my first mistake. His second day of work he was two hours late and had to leave an hour early. It was a rocky work schedule for two weeks, and then I had to let him go. He was a good worker when he showed up, but dependable wasn't part of Henry's vocabulary.
   After letting him go, I heard so much about him and how he had a bad drug problem, which then opened my eyes to his behavior. I tried to be patient with him thinking it would pass, but him showing up when he felt like it just wasn't working out for me. I have a lot of responsibilities running such a big farm, I can't worry about if someone may or may not show up for work.
   My coordinator, Marcy came up to me one day and said a young man was in today and filled out an application, you should take a look at it, his references appear to be great, and he seemed eager to work. I looked at it and I knew I recognized the name, but it had been so long. Well I actually put the application to the side and about a week later this young man stops back at the farm to check on his application and to my surprise it was Henry. He goes into my office with me and was very up front and forward about his past lifestyle and the mistakes he has made and asks me to please just give him another chance to show himself to me. I told him I would give him two weeks and we would go from there, he looked at me and said sir, your only gonna need two days and when you see how good of a worker I am now, your never going to let me go. Well Mr. Morrison made me eat my words, he is one of my best workers. Henry has not missed any time he comes to work eight hours early if need be and stays ten hours over if need be. He has been trained to fill all positions which not many of my workers are milkers, cow runners, herdsman, maintenance, it doesn't matter Henry hasn't let me down in any way, shape or form. I am so impressed with his work performance that I have moved Henry, Shannon and their three children into one of my rental properties, as long as Henry is employed with me he has free rent, heat and electric to a three bedroom, two bathroom 1996 single wide modular home with a heated garage and heated shed. I felt that by doing this it gave us both some security, I don't want to loose Henry as a worker, he is very dependable, yes I said Henry Morrison is very dependable, and by giving him the home for his family, it makes him very happy. Henry is very concerned about taking care of his family, and he worried about what may come after November 17. I assured Henry I would help him the best I could, he explained a little to me that house arrest would possibly be an option. On both of our parts that would be great, Henry could still come to work every day for me and he would also be there for his family. Henry has made a lot of changes in his life and I have definitely seen that, I'm proud of him, and my wife and I pray that Henry is

DEFENDANT'S EXHIBIT X

taking care of that God will do what's best for him and his situation, and we pray that you Judge take his family into great consideration, and leave house arrest a big option for him. I thank you for taking the time to read my letter, I hope for Henry it has some way helped him and his family. Enclosed is a copy of our rental agreement for you to see.

Thanks Again,

*James W. Cory*

*[signature]*
3-10-07
Notary Expires

# OCCUPANCY AGREEMENT

This Agreement is dated _10-30-06_, and is between **COMP PROPERTIES, LTD.** ("Owner"), and _Henry Morrison_ ("Employee").

Owner is the owner of a certain real property located at _3423 Wellintnpk Rd_ Dorset Township, Ohio, consisting of a single family residence (the "Property").

Owner has agreed to allow Employee to occupy the Property during the term of Employee's employment with Comp Dairy Farm, under the terms and conditions set forth below.

The parties therefore agree as follows:

1. **Grant of Occupancy**. Owner agrees to permit Employee to occupy the Property as Employee's residence, as described on the attached Exhibit A.

2. **Term**. The term of this Agreement shall be for a period coinciding with Employee's employment with Comp Dairy Farm. Upon the termination of said employment relationship, the right of occupancy shall likewise terminate.

3. **No Rent**. During the term of Employee's occupancy, Owner shall pay all utilities, insurance, taxes and other costs of operating and maintaining the Property.

4. **Use of Property, Alterations**. Employee agrees to use the Property only for residential purposes, and for no other purpose. Employee agrees not to make any alterations or additions to the Property without the prior written consent of Owner.

5. **Liability and Indemnity**. Employee agrees to indemnify and hold Owner harmless from and against any and all liability for personal injury or property damage caused by Employee or by anyone other than Owner or its agents. In addition, Employee agrees to

indemnify and hold Owner harmless from and against any and all judgments, awards, costs, fees, charges and expenses incurred by Owner in any action, claim, suit or proceeding brought against Owner as a result of Employee's or any other person's activities on the Property, other than Owner or its agents.

6. **Assignment. Subletting**. This Agreement may not be assigned or any portion of the Property sublet by Employee without the prior written consent of Owner.

7. **Breach. Forfeiture**. If Employee breaches any of its obligations under this Agreement, Employee's interest hereunder will be forfeited, and all occupancy rights shall terminate.

8. **Miscellaneous**. This Agreement shall be binding on the parties, their respective heirs, successors and assigns. This Agreement shall be governed by the law of the State of Ohio, and may be modified only by a writing signed by both parties.

The parties have executed this Agreement as of the date first above written.

*[signature]*
COMP PROPERTIES, LTD.

By: *[signature]*
James W. Comp, Operating Manager

*[signature]*
Employee

2